**PENNSYLVANIA STATE POLICE, Petitioner,**

v.

**Stanley KLIMEK, Administrator of the Estate of Gary G. Klimek, Deceased, and Stanley Klimek and Shirley Klimek, Individually, Respondents.**

Supreme Court of Pennsylvania.

Dec. 4, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of December 2002, the Petition for Allowance of Appeal is GRANTED. This matter is VACATED and REMANDED to the Commonwealth Court for consideration of the merits of the sovereign immunity arguments the court deemed waived. *See Tulewicz v. Southeastern Pennsylvania Transportation Authority*, 529 Pa. 588, 606 A.2d 427, 429 (1992) (defense of sovereign immunity is non-waivable).